UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**2 5 CRIM 3 4 9**

UNITED STATES OF AMERICA

v.

BASS NDIAYE,

Defendant.

**INDICTMENT**

25 Cr.

## COUNT ONE
### (Assaulting an Employee of the United States)

The Grand Jury charges:

1. On or about July 18, 2025 in the Southern District of New York and elsewhere, BASS NDIAYE, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, had the intent to commit another felony and used a deadly and dangerous weapon, to wit, NDIAYE forcibly assaulted a Homeland Security Investigations Special Agent and several Immigration Customs Enforcement officers, among others, by attempting to stab them with a pair of scissors.

(Title 18, United States Code, Sections 111(a)(1) and (b).)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney