**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                             :

                  Government,      :        25 CR. 349 (RMB)
                                             :

        - against -               :        **ORDER**
                                             :

                                           :
BASS NDIAYE,                  :
                                         :

                  Defendant.      :
----------------------------------------------------------------x

The initial conference scheduled for Wednesday, August 20, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: August 13, 2025
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.