**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,    :

                Government,    :    25 CR. 349 (RMB)

      - against -    :    **ORDER**

BASS NDIAYE,    :

                Defendant.    :
---------------------------------------------------------------x

The status conference scheduled for Wednesday, November 5, 2025 at 10:00 A.M. will take place in Courtroom 23B.

Dated: October 29, 2025
       New York, NY

                                        _____
                                          RICHARD M. BERMAN
                                              U.S.D.J.