# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 30, 2025

**By ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Bass Ndiaye**
25-Cr-349 (RMB)

Dear Judge Berman:

I write to request that the Court adjourn the upcoming status conference scheduled for November 5 for approximately two months. There have been no previous adjournment requests. The government does not object.

Mr. Ndiaye was indicted for one count of assaulting an employee of the United States, pursuant to 18 U.S.C. §§ 111(a)(1) and (b). He was arraigned on September 10, and the Court set a status conference for November 5.

The parties are currently engaged in plea negotiations, and an adjournment of the conference would permit the parties to complete those negotiations and potentially resolve this matter. Moreover, the defense has retained an expert to prepare a report that is pertinent both to the plea negotiations and potential motions, but the expert needs a few more weeks to prepare her report. Finally, the defense is actively trying to obtain records that are necessary to advise Mr. Ndiaye regarding potential collateral consequences he may face.

Accordingly, it is requested that the Court adjourn the upcoming status conference for approximately two months. The parties have conferred and are available January 7 – January 9. If those dates are inconvenient, we are happy to provide additional availability. The defense consents to the exclusion of time until the next conference date pursuant to 18 U.S.C. § 3161(h)(7)(a).

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSA Leslie Arffa

---

Status conference adjourned to January 7, 2026 at 9AM.

SO ORDERED:
Date: 10/30/25
Richard M. Berman, U.S.D.J.