

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 31, 2025

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Bass Ndiaye*, 25 Cr. 349 (RMB)

Dear Judge Berman:

    On October 30, 2025, the defendant moved to adjourn the upcoming status conference scheduled for November 5, 2025 for approximately two months, so that the parties could continue discussing a pretrial resolution to this case. Dkt. No. 15. The Court granted the motion, adjourning the status conference until January 7, 2026. Dkt. No. 16. In moving to adjourn, the defendant also "consent[ed] to the exclusion of time until the next conference date." Dkt. No. 15. Accordingly, the Government moves for time to be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) (where delay serves the ends of justice and outweighs the best interests of the public and the defendant) until the next status conference.

Respectfully submitted,

Application granted.

By: /s/ Leslie Arffa
Leslie Arffa
Assistant United States Attorney
(212) 637-6522

SO ORDERED:
Date: 11/4/25
cc: Defense counsel (by Email and ECF)
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/25